UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| INTERNATIONAL RAW MATERIALS, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>CF INDUSTRIES SALES, LLC, f/k/a TERRA NITROGEN CORPORATION,<br><br>    Defendant. | No. 2:16-cv-01991-SB<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITHOUT PREJUDICE** |

    The parties have filed a Stipulation to Dismiss, ECF No. 19. In accordance with Fed. R. Civ. P. 41 and the joint wishes of the parties, the above-captioned case is dismissed without prejudice and without costs and attorneys' fees to any party.

//

//

//

//

//

//

//

**ORDER GRANTING STIPULATED DISMISSAL WITHOUT PREJUDICE**+ 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The Parties' Stipulation of Dismissal, ECF No. 19, is **GRANTED**.

2. The above-captioned case is **dismissed without prejudice** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 14th day of November, 2016.

_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL WITHOUT PREJUDICE+ 2**